UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-20940-CIV-MORENO/Torres

ZAMORA RADIO, LLC,

        Plaintiff,

v.

LAST.FM, LTD; CBS RADIO INC.; CBS
CORP.; SLACKER, INC.; PANDORA
MEDIA, INC.; RHAPSODY AMERICA LLC;
REALNETWORKS, INC.; DKCM, INC. d/b/a
JANGO; SOUNDPEDIA, INC.; AOL, LLC;
ACCURADIO, LLC; and YAHOO! INC.,

        Defendants.
_____/

## ORDER ON MOTION TO
## SET CLAIM CONSTRUCTION SCHEDULE

THIS CAUSE came before the Court on CBS Radio Inc.; CBS Corp.; Pandora Media, Inc.; Rhapsody America LLC; RealNetworks, Inc.; AOL, LLC; and Yahoo! Inc.'s Motion to Set Claim Construction Schedule ("the Motion") [D.E. 75], filed on August 11, 2009. The Court, having reviewed the Motion and the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion [D.E. 75] is GRANTED /AS MODIFIED. The parties shall adhere to the following deadlines for claim construction proceedings:

| | |
|---|---|
| Exchange of Preliminary Claim Construction and Extrinsic Evidence [DELETED] | **September 18, 2009** |
| Parties Simultaneously Exchange Opening Claim Construction Briefs | **October 9, 2009** |
| Parties Simultaneously Exchange Reply Claim Construction Briefs | **October 23, 2009** |

Case No. 09-20940-CIV-MORENO/Torres

The Court will hold a *Markman* hearing on October 29, 2009 at 9:00 a.m., Atkins Courthouse, Courtroom 4.

DONE AND ORDERED in Chambers at Miami, Florida this 1st day of Sept., 2009.

/s/   Edwin G. Torres
EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
Counsel of Record