IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 09-20940-CIV-MORENO

| | |
|---|---|
| ZAMORA RADIO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LAST.FM, LTD.,<br>CBS RADIO, INC.,<br>CBS CORP.,<br>SLACKER, INC.,<br>PANDORA MEDIA, INC.,<br>RHAPSODY AMERICA LLC,<br>REALNETWORKS, INC.,<br>DKCM, INC. d/b/a JANGO,<br>SOUNDPEDIA, INC.,<br>AOL, LLC,<br>ACCURADIO, LLC,<br>  and<br>YAHOO! INC.<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§  **JURY TRIAL DEMANDED**<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## FINAL ORDER OF DEFAULT JUDGMENT AGAINST ACCURADIO, LLC

**THIS CAUSE** came before the Court upon Notice of Compliance by Zamora Radio, LLC, (D.E. No. 125), filed on November 24, 2009. THE COURT has reviewed the notice, the accompanying affidavit of Hugh Svendsen, all exhibits attached to Svendsen's affidavit, Plaintiff Zamora Radio LLC's (hereinafter "Zamora") Application for Default Judgment against Defendant Accuradio, LLC (hereinafter "Accuradio"), the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that pursuant to Federal Rules of Civil Procedure 55(b)(2), the Court finds that it is appropriate to enter default judgment against Defendant Accuradio, LLC.

1

The Court finds that the method of calculating revenue and damages as set forth in the affidavit of Hugh Svendsen is appropriate. The Court accepts that it is reasonable to approximate Accuradio's infringing revenue as $2,120,000. The Court further finds that a 5% royalty rate is reasonable to provide monetary damages to Zamora for Accuradio's past infringement. After applying the 5% royalty rate to Accuradio's infringing revenue, the Court finds compensatory damages in the amount of $106,000 appropriate.

Based upon the irreparable harm to which there is no appropriate remedy at law that is caused by Accuradio's infringement of the '339 Patent, this Court further finds that it is appropriate to enter a permanent injunction enjoining the infringement of the '339 Patent by Accuradio.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judgment is entered in this matter in favor of Plaintiff Zamora Radio LLC and against Defendant Accuradio LLC. in the amount of $106,000 for compensatory damages. Pre and post judgment interest shall accrue on said judgment at the statutory rate.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, and DECREED that a permanent injunction shall issue against Defendant Accuradio LLC prohibiting further infringement, inducement, and contributory infringement of United States Patent No. 6,349,339. Defendant Accuradio LLC is permanently enjoined from infringing, inducing, or contributing to the infringement of United States Patent No. 6,349,339.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of December, 2009.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record