UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-20940-CIV-TORRES

ZAMORA RADIO, LLC,

        Plaintiff,

v.

LAST.FM, LTD; CBS RADIO INC.; CBS
CORP.; SLACKER, INC.; PANDORA
MEDIA, INC.; RHAPSODY AMERICA LLC;
REALNETWORKS, INC.; DKCM, INC. d/b/a
JANGO; SOUNDPEDIA, INC.; AOL, LLC;
ACCURADIO, LLC; and YAHOO! INC.,

        Defendants.
_____/

## JOINT RESPONSE TO ADMINISTRATIVE ORDER REGARDING RULE 54(b)

Pursuant to the Court's November 9, 2010 Administrative Order [D.E. 231], Plaintiff Zamora Radio, LLC ("Plaintiff") and Defendants Last.FM, Ltd.; CBS Radio Inc.; CBS Corp.; Pandora Media, Inc.; Rhapsody America LLC; RealNetworks, Inc.; AOL, Inc.; and AccuRadio, LLC (collectively referred to herein as "Defendants") hereby jointly advise the Court of their position with respect to whether a Rule 54(b) judgment should be entered at this time. Plaintiff and Defendants agree that AccuRadio, LLC's Motion to Dismiss for Lack of Jurisdiction [D.E. 226] should be resolved first before addressing the issue of entering a final judgment under Rule 54(b).

Dated:  December 7, 2010				Respectfully submitted,


                      QUINN EMANUEL URQUHART &
                      SULLIVAN, LLP

CHARLES K. VERHOEVEN
LEAD COUNSEL
Cal. Bar No. 170151
charlesverhoeven@quinnemanuel.com
JENNIFER A. KASH
Cal. Bar No. 203679
jenniferkash@quinnemanuel.com
RICHARD H. DOSS
Cal. Bar No. 204078
richarddoss@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile:  (415) 875.6700

By:  /s/ Edward M. Mullins
     Edward M. Mullins,
     Florida Bar No. 863920
     Annette C. Escobar
     Florida Bar No. 369380
     ASTIGARRAGA DAVIS
     MULLINS & GROSSMAN, P.A.

701 Brickell Avenue, 16th Floor
Miami, Florida 33131-2847
Telephone:  (305) 372-8282
Facsimile:   (305) 372-8202
Emullins@astidavis.com

**ATTORNEYS FOR RHAPSODY AMERICA LLC, and REALNETWORKS, INC.**

By: /s/ Samuel M. Sheldon
Matthew P. Becker: mbecker@bannerwitcoff.com
J. Pieter van Es: pvanes@bannerwitcoff.com
Richard S. Stockton: rstockton@bannerwitcoff.com
Thomas J. Lerdal: tlerdal@bannerwitcoff.com
BANNER & WITCOFF, LTD.
10 South Wacker Drive, Suite 3000
Chicago, IL 60606
Tel:  312.463.5000
Fax:  312.463.5001

Bruce J. Berman (FBN 159280)
bberman@mwe.com
Samuel M. Sheldon (FBN 0054088)
ssheldon@mwe.com
MCDERMOTT WILL & EMERY LLP
201 South Biscayne Boulevard, Ste. 2200
Miami, FL 33131-4336
Tel:  305-347-6530
Fax:  305-347-6500

**ATTORNEYS FOR DEFENDANT PANDORA MEDIA, INC.**

By: \_\_/s/ Robert S. Berezin_____
Edward Soto
Fla. Bar No. 265144
edward.soto@weil.com
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33313
(305) 577-3177 (Telephone)
(305) 374-7159 (Facsimile)

Edward R. Reines
edward.reines@weil.com
Stefani C. Smith
stefani.smith@weil.com
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000 (Telephone)
(650) 802-3100   (Facsmile)

Robert S. Berezin
Fla. Bar No. 40584
robert.berezin@weil.com
Andrew S. Brown
andrew.brown@weil.com
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000 (Telephone)
(212) 310-8007 (Facsimile)

**ATTORNEYS FOR DEFENDANTS LAST.FM, LTD., CBS RADIO INC., CBS CORP., and AOL, INC**

By: /s/ Paul J. Schwiep
Paul J. Schwiep, Florida Bar No. 823244
pschwiep@coffeyburlington.com
COFFEY BURLINGTON, P.L.
2699 South Bayshore Drive, Penthouse
Miami, Florida 33133
Tel: 305-858-2900
Fax: 305-858-5261

Adam S. Caldwell, adamcaldwell@dwt.com
Elizabeth A. Drogula, lizdrogula@dwt.com
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue NW, Suite 200
Washington, DC 20006-3402
Tel: 202-973-4252
Fax: 202-973-4499

**ATTORNEYS FOR DEFENDANT ACCURADIO, LLC**

By: _/s/ Alex Alvarez_____
Alex Alvarez
Fla. Bar No. 946346
E-mail: alex@integrityforjustice.com
Phillip E. Holden
Fla. Bar No. 14395
Email: phillip@integrityforjustice.com
**THE ALVAREZ LAW FIRM**
355 Palermo Avenue
Coral Gables, FL 33134
Telephone: (305) 444-7675
Facsimile: (305) 444-0075

OF COUNSEL:
John F. Ward, Esq.
E-mail: wardj@wardolivo.com
John W. Olivo, Jr., Esq.
E-mail: olivoj@wardolivo.com
David M. Hill, Esq.
E-Mail: hilld@wardolivo.com
**WARD & OLIVO**
380 Madison Avenue
New York, New York 10017
Telephone: (212) 697-6262
Facsimile: (212) 972-5866

**ATTORNEYS FOR PLAINTIFF
ZAMORA RADIO, LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 7, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via electronic transmission of Notices of Electronic Filing generated by CM/ECF.


By:  /s/ Robert S. Berezin