# LEGALINK, INC.
## MERRILL LEGAL SOLUTIONS
25 W 45th Street, Suite 900
New York, New York 10036

Phone (212) 557-7400
Fax (212) 692-9171



# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18148389 | 10/23/2009 | 1801-121405 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/06/2009 | PASTTA | 12009CV20940 |

**CASE CAPTION**

Zamora Radio, LLC vs. Last.FM, Ltd., et al.

**TERMS**

Immediate, sold FOB Merrill facility

Mark Baker, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, NY 10010

| | | | | |
|---|---|---|---|---|
| ORIGINAL AND 1 COPY OF TRANSCRIPT OF: | | | | |
| Oleg F. Kaplun | 254 Pages @ | 4.25/Page | 1,079.50 |
| EXHIBITS | 250 Pages @ | .15/Page | 37.50 |
| ATTENDANCE | | | 40.00 |
| TotalTranscript | | | 20.00 |
| Unedited ASCII (RT) (A) | 254.00 Pages @ | 1.25/Page | 317.50 |
| ORIGINAL AND 1 COPY OF TRANSCRIPT OF: | | | | |
| Patrick J. Fay | 87 Pages @ | 4.25/Page | 369.75 |
| EXHIBITS | 2 Pages @ | .15/Page | .30 |
| TotalTranscript | | | 20.00 |
| Unedited ASCII (RT) (A) | 87.00 Pages @ | 1.25/Page | 108.75 |
| Delivery Local - Regular | | | 17.50 |

TOTAL DUE >>>> 2,010.80

*Attendance=Your share of the Attendance Fee

PLEASE SEND REMITTANCE TO:
LegaLink, Inc.
P.O. Box 277951
Atlanta, GA 30384-7591
For your convenience, Merrill Legal Solutions now accepts Visa/Mastercard.
please Note our New Tax ID Number is 20-2665382.

*$670.27*  *1/n*

TAX ID NO.: 20-2665382

(212) 849-7000    Fax (212) 849-7100

*Please detach bottom portion and return with payment.*

Mark Baker, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, NY 10010

Invoice No.: 18148389
Date      : 10/23/2009
TOTAL DUE : 2,010.80

Job No.   : 1801-121405
Case No.  : 12009CV20940
Zamora Radio, LLC vs. Last.FM, Ltd.,

Remit To:   LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384

# LEGALINK, INC. 

## MERRILL LEGAL SOLUTIONS

25 W 45th Street, Suite 900
New York, New York 10036

Phone: (212) 818-0235
Fax: (212) 692-9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18148828 | 10/28/2009 | 1802-121409 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/20/2009 | PELODA | 12009CV20940 |
| **CASE CAPTION** | | |
| Zamora Radio, LLC vs. Last.FM, Ltd., et al. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Mark Baker, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, NY 10010

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Henry Williams Jr

| | | | |
|---|---|---|---|
| ATTENDANCE | 9.00 Hours | | 890.00 |
| After Hours Rate | | | 75.00 |
| Video on CD | 4.00 Disks @ | 95.00/Disk | 380.00 |
| Tape Stock - Digital | 4.00 Tapes @ | 25.00/Tape | 100.00 |
| Shipping & Handling | | | 25.00 |

TOTAL   DUE   >>>>   1,470.00

PLEASE SEND REMITTANCE TO:

LegaLink, Inc.
P.O. Box 277951
Atlanta, GA 30384-7591

For your convenience, Merrill Legal Solutions now accepts Visa/Mastercard.

Please Note our New Tax ID Number is 20-2665382.

TAX ID NO.: 20-2665382

(212) 849-7000    Fax (212) 849-7100

*Please detach bottom portion and return with payment.*

Mark Baker, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, NY 10010

Invoice No.:  18148828
Date       :  10/28/2009
TOTAL DUE  :  1,470.00

Job No.   :  1802-121409
Case No.  :  12009CV20940
Zamora Radio, LLC vs. Last.FM, Ltd.,

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384

LegaLink Action Video
25 W. 45th Street
Suite 900
New York, NY 10036
(212) 818-0235 Fax (212) 692-9171

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18148829 | 10/28/2009 | 1802-121406 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/06/2009 | PELODA | 12009CV20940 |

| CASE CAPTION |
|---|
| Zamora Radio, LLC vs. Last.FM, Ltd., et al. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Mark Baker, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, NY 10010

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
 Oleg F Kaplun & Patrick Fay

                                                              1352.50

                                       TOTAL   DUE   >>>>     1352.50

PLEASE SEND REMITTANCE TO:

LegaLink, Inc.
P.O. Box 277951
Atlanta, GA 30384-7591

For your convenience, Merrill Legal Solutions now accepts Visa/Mastercard.

Please Note our New Tax ID Number is 20-2665382.

TAX ID NO.:   20-2665382              (212) 849-7000              Fax (212) 849-7100

*Please detach bottom portion and return with payment.*

Mark Baker, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, NY 10010

                      Invoice No.: 18148829
                      Date       : 10/28/2009
                      **TOTAL DUE :   1352.50**

                      Job No.   :  1802-121406
                      Case No.  :  12009CV20940
                      Zamora Radio, LLC vs. Last.FM,
                      Ltd., et al.

Remit To:    **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA  30384**

LegaLink Action Video
25 W. 45th Street
Suite 900
New York, NY 10036
(212) 818-0235 Fax (212) 692-9171

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18148831 | 10/28/2009 | 1802-121411 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/21/2009 | PELODA | 12009CV20940 |
| **CASE CAPTION** | | |
| Zamora Radio, LLC vs. Last.FM, Ltd., et al. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Mark Baker, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, NY 10010

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Henry Williams Jr                                              1190.00

                                      TOTAL   DUE  >>>>          1190.00

PLEASE SEND REMITTANCE TO:

LegaLink, Inc.
P.O. Box 277951
Atlanta, GA 30384-7591

For your convenience, Merrill Legal Solutions now accepts Visa/Mastercard.

Please Note our New Tax ID Number is 20-2665382.
```

**TAX ID NO.:**   20-2665382                    (212) 849-7000                    Fax (212) 849-7100

*Please detach bottom portion and return with payment.*

Mark Baker, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, NY 10010

```
                              Invoice No.: 18148831
                              Date       : 10/28/2009
                              TOTAL DUE :    1190.00

                              Job No.   :  1802-121411
                              Case No.  :  12009CV20940
                              Zamora Radio, LLC vs. Last.FM,
                              Ltd., et al.
```

Remit To:     **LegaLink, Inc.**
              **PO Box 277951**
              **Atlanta, GA  30384**

AO 44
(Rev. 7/95)

# UNITED STATES DISTRICT COURT

For the Southern District of Florida

| INVOICE | NUMBER 2009-301-A |
|---|---|

| | |
|---|---|
| TO: ASTIGARRAGA DAVIS<br>701 Brickell Avenue<br>16th Floor<br>Miami, Florida 33131-2847<br><br>ATTN: EDWARD M. MULLINS, ESQ.<br>PHONE: ATTN: MS. LAURA NELLE CHIFETZ | NOTE<br>MAKE CHECK PAYABLE TO:<br>J.M. COURT REPORTING, INC.<br>1601 N.W. 109th Terrace<br>Pembroke Pines, FL 33026-2717<br><br>PHONE: 954-431-4757<br>Fed. Tax ID No. 65-0841880 |

## TRANSCRIPTS

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED | DATE DELIVERED |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)

Zamora Radio, LLC. vs. Realnetworks, In., et al., Case No. 09-Civ-20940-MORENO (Furnishing hearing transcript on 10-29-09 before U.S. Magistrate Judge Edwin G. Torres)

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | 268 | $4.85 | pp | | | | | | | $1,299.00 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| For proceedings on (Date): | | | | | | | | | TOTAL | $1,299.00 |

| | |
|---|---|
| Ms. Chifetz: Please disregard the prior invoice. This invoice contains the exact number of transcript pages. Thank you | LESS DISCOUNT FOR LATE |
| | LESS AMOUNT OF DEPOSIT |
| | TOTAL REFUNDED |
| | TOTAL DUE   $1,299.00 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary *delivery* rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE |
|---|---|
| *[signature]* J.M. Meyer | 11/9/09 |

(All previous editions of this form are cancelled and should be destroyed.)

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR

TL

# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS
25 W 45th Street, Suite 900
New York, New York 10036

Phone: (212) 557-7400
Fax: (212) 692-9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18149284 | 11/09/2009 | 1801-121408 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/20/2009 | PASTTA | 12009CV20940 |

### CASE CAPTION

Zamora Radio, LLC vs. Last.FM, Ltd., et al.

### TERMS

Immediate, sold FOB Merrill facility

Mark Baker, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, NY 10010

---

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Henry R. Williams, Jr. | 316 Pages @ | 4.25/Page | 1,343.00 |
| EXHIBITS | 289 Pages @ | .15/Page | 43.35 |
| ATTENDANCE | | | 40.00 |
| Evening/Weekend | | | 20.00 |
| Premium Pages | 17.00 Pages @ | 1.25/Page | 21.25 |
| TotalTranscript | | | 20.00 |
| Unedited ASCII (RT) | 316.00 Pages @ | 1.25/Page | 395.00 |
| Packaging and Handling | | | 17.50 |

**TOTAL DUE >>>>**    **1,900.10**

*Attendance Fee/Evening=Your share of the reporter's appearances.
*Premium Pages=Pages taken after 6:00 p.m.

PLEASE SEND REMITTANCE TO:
LegaLink, Inc.
P.O. Box 277951
Atlanta, GA 30384-7591
For your convenience, Merrill Legal Solutions now accepts Visa/Mastercard.
Please Note our New Tax ID Number is 20-2665382.

*$633.37*

*1/3*

---

TAX ID NO.: 20-2665382

(212) 849-7000    Fax (212) 849-7100

*Please detach bottom portion and return with payment.*

Mark Baker, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, NY 10010

| | |
|---|---|
| Invoice No.: | 18149284 |
| Date : | 11/09/2009 |
| **TOTAL DUE** : | 1,900.10 |

| | |
|---|---|
| Job No. : | 1801-121408 |
| Case No. : | 12009CV20940 |

Zamora Radio, LLC vs. Last.FM, Ltd.,

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**

# LEGALINK, INC. 

MERRILL LEGAL SOLUTIONS

25 W 45th Street . Suite 900
New York, New York 10036

Phone: (212) 557-7400
Fax: (212) 692-9177

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18149285 | 11/16/2009 | 1801-121410 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/21/2009 | PASTTA | 12009CV20940 |

| CASE CAPTION |
|---|
| Zamora Radio, LLC vs. Last.FM, Ltd., et al. |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

Mark Baker, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, NY 10010

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Henry R. Williams, Jr. Vol. 2 | 229 Pages @ | 4.25/Page | 973.25 |
| EXHIBITS | 207 Pages @ | .15/Page | 31.05 |
| Appearance Fee | | | 40.00 |
| TotalTranscript | | | 20.00 |
| Unedited ASCII (RT) | 229.00 Pages @ | 1.25/Page | 286.25 |
| Packaging and Handling | | | 17.50 |

TOTAL  DUE  >>>>  1,368.05

*Appearance Fee=Your share of Reporter's Appearance.

PLEASE SEND REMITTANCE TO:
LegaLink, Inc.
P.O. Box 277951
Atlanta, GA 30384-7591
For your convenience, Merrill Legal Solutions now accepts Visa/Mastercard.
Please Note our New Tax ID Number is 20-2665382.

$456.01

1/3

TAX ID NO.: 20-2665382                    (212) 849-7000   Fax (212) 849-7100

*Please detach bottom portion and return with payment.*

Mark Baker, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, NY 10010

| | | |
|---|---|---|
| Invoice No. | : | 18149285 |
| Date | : | 11/16/2009 |
| **TOTAL DUE** | : | **1,368.05** |

| | | |
|---|---|---|
| Job No. | : | 1801-121410 |
| Case No. | : | 12009CV20940 |

Zamora Radio, LLC vs. Last.FM, Ltd.,

Remit To:  **LegaLink, Inc.**
**PO Box 277951**
**Atlanta, GA 30384**

# LEGALINK, INC.



MERRILL LEGAL SOLUTIONS

25 W 45th Street , Suite 900
New York, New York 10036

Phone: (212) 818-0235
Fax (212) 692-9171

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18149833 | 11/10/2009 | 1802-122590 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 11/03/2009 | TERANH | 12009CV20940 |
| CASE CAPTION | | |
| Zamora Radio, LLC vs. Last.FM, Ltd., et al. | | |
| TERMS | | |
| Immediate, sold FOB Merrill facility | | |

Mark Baker, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, NY 10010

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   David Benjamin
            ATTENDANCE              3.50 Hours                  422.50
         Video on CD               2.00 Disks @    95.00/Disk   190.00
         Tape Stock - Digital      2.00 Tapes @    25.00/Tape    50.00
         Shipping & Handling                                     25.00
                                                            _____
                              TOTAL   DUE   >>>>                687.50
```

PLEASE SEND REMITTANCE TO:

LegaLink, Inc.
P.O. Box 277951
Atlanta, GA 30384-7591

For your convenience, Merrill Legal Solutions now accepts Visa/Mastercard.

Please Note our New Tax ID Number is 20-2665382.

$229.17

4/3

TAX ID NO.: 20-2665382                    (212) 849-7000    Fax (212) 849-7100

*Please detach bottom portion and return with payment.*

Mark Baker, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, NY 10010

Invoice No.: 18149833
Date      : 11/10/2009
TOTAL DUE :    687.50

Job No.   : 1802-122590
Case No.  : 12009CV20940
Zamora Radio, LLC vs. Last.FM, Ltd.,

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

# LEGALINK, INC.



## MERRILL LEGAL SOLUTIONS

25 W 45th Street , Suite 900
New York, New York 10036

Phone: (212) 557-7400
Fax: (212) 692-9171

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
| --- | --- | --- |
| 18151115 | 11/27/2009 | 1801-122589 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
| --- | --- | --- |
| 11/03/2009 | BASFRA | 12009CV20940 |

**CASE CAPTION**

Zamora Radio, LLC vs. Last.FM, Ltd., et al.

**TERMS**

Immediate, sold FOB Merrill facility

Mark Baker, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, NY 10010

```
ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
   David Benjamin              143 Pages @      4.25/Page        607.75
          EXHIBITS             175 Pages @       .15/Page         26.25
          ATTENDANCE                                              80.00
          TotalTranscript                                         20.00
          Unedited ASCII (RT) (A)  143.00 Pages @  1.25/Page     178.75
          Delivery Local - Regular                                17.50

                            TOTAL   DUE   >>>>                    930.25

PLEASE SEND REMITTANCE TO:

LegaLink, Inc.
P.O. Box 277951
Atlanta, GA 30384-7591

For your convenience, Merrill Legal Solutions now accepts Visa/Mastercard.

Please Note our New Tax ID Number is 20-2665382.
```

TAX ID NO.: 20-2665382                                    (212) 849-7000    Fax (212) 849-7100

*Please detach bottom portion and return with payment.*

Mark Baker, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, NY 10010

```
Invoice No.:  18151115
Date      :  11/27/2009
TOTAL DUE :     930.25


Job No.   :  1801-122589
Case No.  :  12009CV20940
Zamora Radio, LLC vs. Last.FM, Ltd.,
```

Remit To:    **LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384**

# MERRILL CORPORATION
**LegaLink, Inc.**

25 West 45th Street
9th Floor
New York, NY 10036
Phone: 212.557.7400
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18158136 | 03/04/2010 | 1801-127115 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/17/2010 | SCHOGA | 12009CV20940 |

**CASE CAPTION**

Zamora Radio, LLC vs. Last.FM, Ltd., et al.

**TERMS**

Immediate, sold FOB Merrill facility

Jennifer A. Kash, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street
22nd Floor
San Francisco, CA 94111

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| James Philip Green | 300 Pages @ | 4.25/Page | 1,275.00 |
| EXHIBITS | 517 Pages @ | .15/Page | 77.55 |
| ATTENDANCE | | | 120.00 |
| TotalTranscript | | | 20.00 |
| Unedited ASCII (RT) | 300.00 Pages @ | 1.25/Page | 375.00 |
| Packaging and Handling | | | 20.00 |

TOTAL DUE >>>> **1,887.55**

PLEASE SEND REMITTANCE TO:

LegaLink, Inc.
P.O. Box 277951
Atlanta, GA 30384-7591

For your convenience, Merrill Legal Solutions now accepts Visa/Mastercard.

Please Note our New Tax ID Number is 20-2665382.

**TAX ID NO. :** 20-2665382

(415) 875-6600   Fax (415) 875-6700

*Please detach bottom portion and return with payment.*

Jennifer A. Kash, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street
22nd Floor
San Francisco, CA 94111

Invoice No.: 18158136
Date       : 03/04/2010
**TOTAL DUE** :   1,887.55

Job No.  : 1801-127115
Case No. : 12009CV20940
Zamora Radio, LLC vs. Last.FM, Ltd.,

Remit To:   **LegaLink, Inc.**
**PO Box 277951**
**Atlanta, GA 30384**

# MERRILL CORPORATION
**LegaLink, Inc.**

25 West 45th Street
9th Floor
New York, NY 10036
Phone: 212.557.7400
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18158141 | 03/04/2010 | 1801-127117 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/18/2010 | SCHOGA | 12009CV20940 |

**CASE CAPTION**

Zamora Radio, LLC vs. Last.FM, Ltd., et al.

**TERMS**

Immediate, sold FOB Merrill facility

Bradley Russi, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street
22nd Floor
San Francisco, CA 94111

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| James Philip Green    Vol. 2 | 189 Pages @ | 4.25/Page | 803.25 |
| EXHIBITS | 112 Pages @ | .15/Page | 16.80 |
| ATTENDANCE | | | 120.00 |
| TotalTranscript | | | 20.00 |
| Unedited ASCII (RT) | 189.00 Pages @ | 1.25/Page | 236.25 |
| Packaging and Handling | | | 20.00 |

TOTAL   DUE   >>>>          1,216.30

PLEASE SEND REMITTANCE TO:

LegaLink, Inc.
P.O. Box 277951
Atlanta, GA 30384-7591

For your convenience, Merrill Legal Solutions now accepts Visa/Mastercard.

Please Note our New Tax ID Number is 20-2665382.

TAX ID NO.: 20-2665382                    (415) 875-6600    Fax (415) 875-6700

*Please detach bottom portion and return with payment.*

Bradley Russi, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street
22nd Floor
San Francisco, CA 94111

Invoice No.: 18158141
Date      : 03/04/2010
TOTAL DUE : 1,216.30

Job No.   : 1801-127117
Case No.  : 12009CV20940
Zamora Radio, LLC vs. Last.FM, Ltd.,

Remit To:   **LegaLink, Inc.**
**PO Box 277951**
**Atlanta, GA 30384**

## MERRILL CORPORATION
**LegaLink, Inc.**

25 West 45th Street
9th Floor
New York, NY 10036
Phone: 212.557.7400
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18158201 | 03/05/2010 | 1801-127119 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/19/2010 | SCHOGA | 12009CV20940 |

**CASE CAPTION**

Zamora Radio, LLC vs. Last.FM, Ltd., et al.

**TERMS**

Immediate, sold FOB Merrill facility

Bradley Russi, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street
22nd Floor
San Francisco, CA 94111

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---:|
| James Philip Green  Vol. 3 | 296 Pages @ | 4.25/Page | 1,258.00 |
| EXHIBITS | 78 Pages @ | .15/Page | 11.70 |
| ATTENDANCE | | | 120.00 |
| TotalTranscript | | | 20.00 |
| Unedited ASCII (RT) | 296.00 Pages @ | 1.25/Page | 370.00 |
| Packaging and Handling | | | 20.00 |

TOTAL   DUE   >>>>   1,799.70

PLEASE SEND REMITTANCE TO:

LegaLink, Inc.
P.O. Box 277951
Atlanta, GA 30384-7591

For your convenience, Merrill Legal Solutions now accepts Visa/Mastercard.

Please Note our New Tax ID Number is 20-2665382.

TAX ID NO.: 20-2665382          (415) 875-6600    Fax (415) 875-6700

*Please detach bottom portion and return with payment.*

Bradley Russi, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street
22nd Floor
San Francisco, CA 94111

| | |
|---|---|
| Invoice No.: | 18158201 |
| Date : | 03/05/2010 |
| **TOTAL DUE** : | 1,799.70 |

Job No.  :  1801-127119
Case No.  :  12009CV20940
Zamora Radio, LLC vs. Last.FM, Ltd.,

Remit To:   **LegaLink, Inc.**
**PO Box 277951**
**Atlanta, GA 30384**

# MERRILL CORPORATION
**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20097451 | 12/31/2009 | 2001-424783 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/16/2009 | BELL50 | 09-CIV-20940- |

| CASE CAPTION |
|---|
| Zamora Radio, LLC vs. LAST. FM, LTD, CBS Radio Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Bradley Russi
**Quinn Emanuel, LLP**
**50 California Street Twenty Second Floor**
**San Francisco, CA 94111**

```
CERTIFIED COPY AND WORD INDEX OF THE TRANSCRIPT OF:
   Bradford Porteus          165 Pages @      2.90/Page      478.50
      EXHIBITS               116 Pages @       .70/Page       81.20
      TotalTranscript                                         40.00
      Process/Delivery                                        30.00
      Outside Copy Services    2.00 Pages @   25.00/Page      50.00
      Reporter Certification                                   5.00
      Unedited ASCII (RT)     146.00 Pages @   1.50/Page     219.00
                                                          _____
                            TOTAL   DUE   >>>>              903.70

                            AFTER 1/30/2010 PAY             948.89

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

***Outside copy services - Exhibits CD/DVD***
```

**TAX ID NO. :** 20-2665382                                              (415) 875-6600    Fax (415) 875-6700

*Please detach bottom portion and return with payment.*

Bradley Russi
Quinn Emanuel, LLP
50 California Street Twenty Second Floor
San Francisco, CA 94111

Invoice No.:  20097451
Date      :  12/31/2009
**TOTAL  DUE   :      903.70**
AFTER 1/30/2010 PAY :  948.89


Job No.   :  2001-424783
Case No.  :  09-CIV-20940-MORENO/TO
Zamora Radio, LLC vs. LAST. FM, LTD,

Remit To:    **LegaLink, Inc.**
             **File 70206**
             **Los Angeles, CA 90074-0206**

# INVOICE

Fredericks Reporting & Litigation Services, LLC
3305 Northland Dr.
Suite 403
Austin, TX  78731
Phone:512-477-9911   Fax:512-345-1417

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5773 | 12/17/2009 | 1536 |
| **Job Date** | **Case No.** | |
| 11/17/2009 | RC | |
| **Case Name** | | |
| Zamora Radio vs. Last FM/ CBS, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Bradley Russi
Quinn, Emmanuel, Urquhart, Oliver & Hedges
50 California Street
Suite 22
San Francisco, CA  94111

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Robert Hicks | 119.00 | Pages | @ | 1.57 | 186.83 |
| ETRAN, ASCII or CT | | | 30.00 | 30.00 |
| ADMIN FEE - COPY | | | 25.00 | 25.00 |
| PDF Exhibits | 533.00 | | @ | 0.23 | 122.59 |

**TOTAL DUE  >>>**  **$364.42**
AFTER 1/31/2010 PAY  $388.11

THANK YOU FOR YOUR BUSINESS.  WE NOW ACCEPT VISA & MASTERCARD.
CALL US FOR ALL YOUR COURT REPORTING NEEDS.

**(-) Payments/Credits:**  364.42
**(+) Finance Charges/Debits:**  23.69
**(=) New Balance:**  **0.00**

**Tax ID:** 26-2701769

*Please detach bottom portion and return with payment.*

Mr. Bradley Russi
Quinn, Emmanuel, Urquhart, Oliver & Hedges
50 California Street
Suite 22
San Francisco, CA  94111

| | | | | |
|---|---|---|---|---|
| Job No. | : | 1536 | BU ID | : AUS |
| Case No. | : | RC | | |
| Case Name | : | Zamora Radio vs. Last FM/ CBS, et al | | |
| Invoice No. | : | 5773 | Invoice Date | : 12/17/2009 |
| **Total Due** | : | **$0.00** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:  **Fredericks Reporting & Litigation Services,
LLC
3305 Northland Dr.
Suite 403
Austin, TX  78731**

25 West 45th Street
9th Floor
New York, NY 10036
Phone: 212.818.0235
Fax: 212.692.9171

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18157924 | 03/01/2010 | 1802-127116 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/17/2010 | TERANH | 12009CV20940 |

**CASE CAPTION**

Mark Baker, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, NY 10010

Zamora Radio, LLC vs. Last.FM, Ltd., et al.

**TERMS**

Immediate, sold FOB Merrill facility

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
James Philip Green

| | | | |
|---|---|---|---|
| ATTENDANCE | 7.50 Hours | | 762.50 |
| Video on CD | 3.00 Disks @ | 95.00/Disk | 285.00 |
| Tape Stock - Digital | 3.00 Tapes @ | 25.00/Tape | 75.00 |
| Shipping & Handling | | | 25.00 |

**TOTAL   DUE   >>>>**          **1,147.50**

PLEASE SEND REMITTANCE TO:

LegaLink, Inc.
P.O. Box 277951
Atlanta, GA 30384-7591

For your convenience, Merrill Legal Solutions now accepts Visa/Mastercard.

Please Note our New Tax ID Number is 20-2665382.

**TAX ID NO.:** 20-2665382                     (212) 849-7000     Fax (212) 849-7100

*Please detach bottom portion and return with payment.*

Mark Baker, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, NY 10010

| | | |
|---|---|---|
| Invoice No.: | 18157924 |
| Date       : | 03/01/2010 |
| **TOTAL DUE :** | **1,147.50** |

Job No.  : 1802-127116
Case No. : 12009CV20940
Zamora Radio, LLC vs. Last.FM, Ltd.,

Remit To:     **LegaLink, Inc.**
              **PO Box 277951**
              **Atlanta, GA 30384**

## MERRILL CORPORATION
**LegaLink, Inc.**

25 West 45th Street
9th Floor
New York, NY 10036
Phone: 212.818.0235
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18157938 | 03/02/2010 | 1802-127118 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/18/2010 | TERANH | 12009CV20940 |

**CASE CAPTION**

Zamora Radio, LLC vs. Last.FM, Ltd., et al.

**TERMS**

Immediate, sold FOB Merrill facility

Mark Baker, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, NY 10010

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
James Philip Green

| | | | |
|---|---|---|---|
| ATTENDANCE | 6.50 Hours | | 677.50 |
| Video on CD | 3.00 Disks @ | 95.00/Disk | 285.00 |
| Tape Stock - Digital | 3.00 Tapes @ | 25.00/Tape | 75.00 |

TOTAL DUE >>>> 1,037.50

PLEASE SEND REMITTANCE TO:

LegaLink, Inc.
P.O. Box 277951
Atlanta, GA 30384-7591

For your convenience, Merrill Legal Solutions now accepts Visa/Mastercard.

Please Note our New Tax ID Number is 20-2665382.

TAX ID NO. : 20-2665382                    (212) 849-7000    Fax (212) 849-7100

*Please detach bottom portion and return with payment.*

Mark Baker, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LI
51 Madison Avenue
New York, NY 10010

18157938
03/02/2010
1,037.50

: 1802-127118
: 12009CV20940
>, LLC vs. Last.FM, Ltd.,

Remit To:    **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**

# MERRILL CORPORATION

**LegaLink, Inc.**

25 West 45th Street
9th Floor
New York, NY 10036
Phone: 212.818.0235
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18157946 | 03/02/2010 | 1802-127120 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/19/2010 | TERANH | 12009CV20940 |

**CASE CAPTION**

Zamora Radio, LLC vs. Last.FM, Ltd., et al.

**TERMS**

Immediate, sold FOB Merrill facility

Mark Baker, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, NY 10010

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
James Philip Green

| | | | |
|---|---|---|---|
| ATTENDANCE | 7.50 Hours | | 762.50 |
| Video on CD | 4.00 Disks @ | 95.00/Disk | 380.00 |
| Tape Stock - Digital | 4.00 Tapes @ | 25.00/Tape | 100.00 |

**TOTAL DUE >>>>** 1,242.50

PLEASE SEND REMITTANCE TO:

LegaLink, Inc.
P.O. Box 277951
Atlanta, GA 30384-7591

For your convenience, Merrill Legal Solutions now accepts Visa/Mastercard.

Please Note our New Tax ID Number is 20-2665382.

TAX ID NO.: 20-2665382                    (212) 849-7000    Fax (212) 849-7100

*Please detach bottom portion and return with payment.*

Mark Baker, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, NY 10010

Invoice No.: 18157946
Date : 03/02/2010
DUE : 1,242.50

: 1802-127120
: 12009CV20940
Radio, LLC vs. Last.FM, Ltd.,

Remit To:    **LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384**

# MERRILL CORPORATION
**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20098921 | 03/05/2010 | 2005-426390 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/22/2010 | LNY | 09-CIV-20940- |

| CASE CAPTION |
|---|
| Zamora Radio, LLC vs. LAST. FM, LTD, CBS Radio Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

**Richard H. Doss**
**Quinn Emanuel, LLP**
**865 South Figueroa Street, 10th Floor**
**Los Angeles, CA 90017**

```
CERTIFIED COPY AND WORD INDEX OF THE TRANSCRIPT OF:
    Ivan Zatkovich, Vol. 1        312 Pages @       3.25/Page     1,014.00
        EXHIBITS                  219 Pages @        .70/Page       153.30
        Total Transcript I                                          40.00
        Delivery Local - Regular                                    30.00
        Interactive Realtime      280.00 Pages @     2.00/Page      560.00
                                                                 _____
                             TOTAL  DUE  >>>>                     1,797.30

                             AFTER 4/4/2010 PAY                   1,887.17
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

**TAX ID NO. :** 20-2665382                     (213) 624-7707    Fax  (213) 624-0643

*Please detach bottom portion and return with payment.*

Richard H. Doss
Quinn Emanuel, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

```
Invoice No.:  20098921
Date      :  03/05/2010
TOTAL DUE :     1,797.30
AFTER 4/4/2010 PAY : 1,887.17


Job No.   :  2005-426390
Case No.  :  09-CIV-20940-MORENO/TO
Zamora Radio, LLC vs. LAST. FM, LTD,
```

Remit To:  **LegaLink, Inc.**
**File 70206**
**Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20098922 | 03/05/2010 | 2005-426392 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/23/2010 | LNY | 09-CIV-20940- |

| CASE CAPTION |
|---|
| Zamora Radio, LLC vs. LAST. FM, LTD, CBS Radio Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

**Richard H. Doss**
**Quinn Emanuel, LLP**
**865 South Figueroa Street, 10th Floor**
**Los Angeles, CA 90017**

```
CERTIFIED COPY AND WORD INDEX OF THE TRANSCRIPT OF:
   Ivan Zatkovich, Vol. 2          186 Pages @      3.25/Page      604.50
      EXHIBITS                     211 Pages @       .70/Page      147.70
      Total Transcript I                                            40.00
      Delivery Local - Regular                                      30.00
      Interactive Realtime        165.00 Pages @    2.00/Page      330.00
                                                                _____
                                  TOTAL   DUE   >>>>            1,152.20

                                  AFTER 4/4/2010 PAY            1,209.81
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

**TAX ID NO. :**  20-2665382                      (213) 624-7707    Fax  (213) 624-0643

*Please detach bottom portion and return with payment.*

Richard H. Doss
Quinn Emanuel, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

```
Invoice No.:  20098922
Date      :  03/05/2010
TOTAL DUE :    1,152.20
AFTER 4/4/2010 PAY : 1,209.81


Job No.   :  2005-426392
Case No.  :  09-CIV-20940-MORENO/TO
Zamora Radio, LLC vs. LAST. FM, LTD,
```

Remit To:    **LegaLink, Inc.**
             **File 70206**
             **Los Angeles, CA 90074-0206**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20099113 | 03/11/2010 | 2005-426394 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/24/2010 | LNY | 09-CIV-20940- |

| CASE CAPTION |
|---|
| Zamora Radio, LLC vs. LAST. FM, LTD, CBS Radio Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

**Richard H. Doss**
**Quinn Emanuel, LLP**
**865 South Figueroa Street, 10th Floor**
**Los Angeles, CA 90017**

```
CERTIFIED COPY AND WORD INDEX OF THE TRANSCRIPT OF:
    Ivan Zatkovich, Vol. 3            147 Pages @      3.25/Page        477.75
        EXHIBITS                       84 Pages @       .70/Page         58.80
        Total Transcript I                                               40.00
        Delivery Local - Regular                                         30.00
        Interactive Realtime         130.00 Pages @     2.00/Page       260.00
                                                                   _____

                                         TOTAL   DUE  >>>>             866.55

                                         AFTER 4/10/2010 PAY           909.88
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

**TAX ID NO. :** 20-2665382                                    (213) 624-7707    Fax (213) 624-0643

*Please detach bottom portion and return with payment.*

Richard H. Doss
Quinn Emanuel, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

```
                              Invoice No.:  20099113
                              Date       :  03/11/2010
                              TOTAL DUE   :      866.55
                              AFTER 4/10/2010 PAY : 909.88


                              Job No.   :  2005-426394
                              Case No.  :  09-CIV-20940-MORENO/TO
                              Zamora Radio, LLC vs. LAST. FM, LTD,
```

Remit To:    **LegaLink, Inc.**
             **File 70206**
             **Los Angeles, CA 90074-0206**

## MERRILL CORPORATION
**LegaLink, Inc.**

25 West 45th Street
9th Floor
New York, NY 10036
Phone: 212.557.7400
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18158887 | 03/18/2010 | 1801-127593 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/02/2010 | BASFRA | |

**CASE CAPTION**

Richard H. Doss, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017

Zamora Radio, LLC vs. LAST. FM, LTD, CBS Radio Inc.

**TERMS**

Immediate, sold FOB Merrill facility

```
ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
    Ivan Zatkovich  Vol. 4                    454 Pages @        5.40/Page        2,451.60
               EXHIBITS                       933 Pages @         .40/Page          373.20
               ATTENDANCE                                                          120.00
               Evening/Weekend                                                      60.00
               TotalTranscript                                                      40.00
               Unedited ASCII (RT)            402.00 Pages @     1.50/Page          603.00
               Interactive Realtime           402.00 Pages @     1.75/Page          703.50
               Color Copies                   275.00 Pages @     1.00/Page          275.00
               Packaging and Handling                                               20.00

                                              TOTAL   DUE   >>>>                  4,646.30
```

PLEASE SEND REMITTANCE TO:

LegaLink, Inc.
P.O. Box 277951
Atlanta, GA 30384-7591

For your convenience, Merrill Legal Solutions now accepts Visa/Mastercard.

Please Note our New Tax ID Number is 20-2665382.

TAX ID NO.: 20-2665382                    (213) 443-3000    Fax (213) 624-0643

*Please detach bottom portion and return with payment.*

Richard H. Doss, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017

Invoice No.:  18158887
Date       :  03/18/2010
**TOTAL DUE** :    4,646.30

Job No.    :  1801-127593
Case No.   :
Zamora Radio, LLC vs. LAST. FM, LTD,

Remit To:    **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**

## MERRILL CORPORATION
**LegaLink, Inc.**

25 West 45th Street
9th Floor
New York, NY 10036
Phone: 212.818.0235
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18158268 | 03/08/2010 | 1802-127595 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/02/2010 | HAGIJO | |

**CASE CAPTION**

Joseph Leroy
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street
22nd Floor
San Francisco, CA 94111

Zamora Radio, LLC vs. LAST. FM, LTD, CBS Radio Inc.

**TERMS**

Immediate, sold FOB Merrill facility

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Ivan Zatkovich

| | | | |
|---|---|---|---|
| ATTENDANCE | 9.00 Hours | | 890.00 |
| After Hours Rate | 3.00 Hours @ | 150.00/Hour | 450.00 |
| Video on CD | 5.00 Disks @ | 95.00/Disk | 475.00 |
| Tape Stock - Digital | 5.00 Tapes @ | 25.00/Tape | 125.00 |
| Shipping Next Day Air | | | 22.50 |

TOTAL DUE >>>> 1,962.50

PLEASE SEND REMITTANCE TO:

LegaLink, Inc.
P.O. Box 277951
Atlanta, GA 30384-7591

For your convenience, Merrill Legal Solutions now accepts Visa/Mastercard.

Please Note our New Tax ID Number is 20-2665382.

TAX ID NO.: 20-2665382          (415) 875-6600     Fax (415) 875-6700

*Please detach bottom portion and return with payment.*

Joseph Leroy
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street
22nd Floor
San Francisco, CA 94111

Invoice No.: 18158268
Date      : 03/08/2010
**TOTAL DUE** : 1,962.50

Job No.   : 1802-127595
Case No.  :
Zamora Radio, LLC vs. LAST. FM, LTD,

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**

25 West 45th Street
9th Floor
New York, NY 10036
Phone: 212.557.7400
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18158893 | 03/18/2010 | 1801-127594 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/03/2010 | BASFRA | |

**CASE CAPTION**

Richard H. Doss, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017

Zamora Radio, LLC vs. LAST. FM, LTD, CBS Radio Inc.

**TERMS**

Immediate, sold FOB Merrill facility

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
Ivan Zatkovich Vol. 5

| | | |
|---|---|---|
| 299 Pages @ | 5.40/Page | 1,614.60 |
| EXHIBITS 152 Pages @ | .40/Page | 60.80 |
| ATTENDANCE | | 120.00 |
| TotalTranscript | | 40.00 |
| Unedited ASCII (RT) 261.00 Pages @ | 1.50/Page | 391.50 |
| Interactive Realtime 261.00 Pages @ | 1.75/Page | 456.75 |
| Color Copies 94.00 Pages @ | 1.00/Page | 94.00 |
| Packaging and Handling | | 20.00 |

TOTAL DUE >>>> 2,797.65

PLEASE SEND REMITTANCE TO:

LegaLink, Inc.
P.O. Box 277951
Atlanta, GA 30384-7591

For your convenience, Merrill Legal Solutions now accepts Visa/Mastercard.

Please Note our New Tax ID Number is 20-2665382.

TAX ID NO.: 20-2665382                    (213) 443-3000    Fax (213) 624-0643

*Please detach bottom portion and return with payment.*

Richard H. Doss, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017

Invoice No.: 18158893
Date      : 03/18/2010
TOTAL DUE : 2,797.65

Job No.   : 1801-127594
Case No.  :
Zamora Radio, LLC vs. LAST. FM, LTD,

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384

**LegaLink, Inc.**

225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.818.0235
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18158271 | 03/08/2010 | 1802-127596 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/03/2010 | HAGIJO | |

Joseph Leroy
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA 94111

| CASE CAPTION |
|---|
| Zamora Radio, LLC vs. LAST. FM, LTD, CBS Radio Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Ivan Zatkovich
        ATTENDANCE              8.50 Hours                    847.50
        Video on CD             4.00 Disks @   95.00/Disk     380.00
        Tape Stock - Digital    4.00 Tapes @   25.00/Tape     100.00
                                                           _____
                                TOTAL  DUE  >>>>           1,327.50

PLEASE SEND REMITTANCE TO:

LegaLink, Inc.
P.O. Box 277951
Atlanta, GA 30384-7591

For your convenience, Merrill Legal Solutions now accepts Visa/Mastercard.

Please Note our New Tax ID Number is 20-2665382.
```

TAX ID NO.: 20-2665382      (415) 875-6600    Fax (415) 875-6700

*Please detach bottom portion and return with payment.*

Joseph Leroy
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA 94111

Invoice No.: 18158271
Date       : 03/08/2010
**TOTAL  DUE** :   1,327.50

Job No.   : 1802-127596
Case No.  :
Zamora Radio, LLC vs. LAST. FM, LTD,

Remit To:    **LegaLink, Inc.**
           **PO Box 277951**
           **Atlanta, GA 30384**

## Veritext New York Reporting Co.
## A Veritext Company

1250 Broadway, Suite 2400
New York, NY 10001
Tel. (212) 279-9424
Fax (212) 279-9643

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**Bill To:** Richard H Doss Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 S Figueroa St Flr 10
Los Angeles, CA 90017

| | |
|---|---|
| **Invoice #:** | NY319468 |
| **Invoice Date:** | 03/19/2010 |
| **Balance Due:** | $0.00 |

| | | File #: |
|---|---|---|
| **Case:** | Zamora Radio, Llc v. Last. Fm, Ltd, et al | |
| **Job #:** | 240856 \| Job Date: 2/19/2010 \| Delivery: Normal | |
| **Billing Atty:** | **Richard H Doss Esq.** | |
| **Location:** | Quinn Emanuel | |
| | 51 Madison Avenue, Corner of 26th St. \| 22nd Floor \| New York, NY 1 | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Kevin Almeroth | Certified Transcript | Page | 239.00 | $3.40 | $812.60 |
| 2 | | CD Depo Litigation Pkge | | 1.00 | $39.00 | $39.00 |
| 3 | | Exhibit - copying | Per page | 1344.00 | $0.45 | $604.80 |
| 4 | | Exhibit - color copying | Per page | 6.00 | $0.95 | $5.70 |
| 5 | | Exhibit Scanning - OCR | Per page | 1350.00 | $0.19 | $256.50 |
| 6 | | Shipping & handling | Package | 1.00 | $34.50 | $34.50 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,753.10 |
| **Payment:** | ($1,753.10) |
| **Credits:** | |
| **Interest:** | |
| **Balance Due:** | $0.00 |

Fed. Tax ID: 20-3132569          Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid over 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 649 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to:   **Veritext New York Reporting Co.**

☐ **Visa**   ☐ **MC**   ☐ **Amex**   ☐ **Discover**

_____   _____
**Credit Card #**                              **Exp. Date**

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

| | |
|---|---|
| **Invoice #:** | **NY319468** |
| **Job #:** | **240856** |
| **Invoice Date:** | **03/19/2010** |
| **Balance :** | **$0.00** |

Please remit payment to:
**Veritext New York Reporting Co.,**
**200 Old Country Road, Suite 580**
**Mineola, NY 11501**

For more information on charges related to our services please consult   www.veritext.com/serviceinfo